# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2516 Disciplinary Docket No. 3 |
| | : | |
| DOUGLAS B. EVANS, SR. | : | Board File No. C1-18-612 |
| | : | |
| | : | (District of Columbia Court of Appeals, No. |
| | : | 16-BG-1146) |
| | : | |
| | : | Attorney Registration No. 55389 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

**AND NOW**, this 26th day of September, 2018, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Douglas B. Evans, Sr. is suspended from the practice of law for a period of thirty days, the suspension is stayed in favor of a one-year probation with conditions, consistent with the Order of the District of Columbia decided June 28, 2018.